UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JESSE J. SPINNER, | ) | No. ED CV 13-1267-PLA |
|     Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| C. WOFFORD, Warden, | ) | |
|     Respondent. | ) | |

In accordance with the Memorandum Decision filed concurrently herewith, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 17, 2015

                                          PAUL L. ABRAMS
                            UNITED STATES MAGISTRATE JUDGE